# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| CASSETICA SOFTWARE INC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 09 C 3 |
| COMPUTER SCIENCE CORP | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismised for failure to state a claim and because Cassetica's state law claims arise exclusively from conduct governed by the Copyright Act, they are preempted. This action is dismissed in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 6/18/2009 _____
/s/ J. Smith, Deputy Clerk